**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



*Burton Perlman*
*United States Bankruptcy Judge*

**Dated: March 21, 2011**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

IN RE:                                    CASE NO. 09-11293
TIMMY BRADFORD                            JUDGE Perlman
                                          CHAPTER 13

Debtor                                    **ORDER GRANTING MOTION TO
                                          RETAIN TAX REFUND**

   This matter is before the court on a Motion To Retain Tax Refund.  For good cause shown, the Court hereby grants the motion.

   Notice was given to all parties per L.B.R. 9013-3 and no response has been filed with the Court.

/s/Henry D. Acciani
O'Connor, Acciani & Levy, LPA
Henry D. Acciani – 0028872
Jayma C. Bagliore – 0008844
Rick J. Enriquez – 0040020
1014 Vine Street, Suite 2200
Cincinnati, Oh 45202

   **IT IS SO ORDERED.**

Copies to: Default List

###