**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



Burton Perlman
United States Bankruptcy Judge

**Dated: May 23, 2011**

_____

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

IN RE:
   TIMMY T. BRADFORD     CASE NO. 09-11293
   8742 PLANET DRIVE     (CHAPTER 13)
   CINCINNATI, OH 45231     Honorable Burton Perlman

   a/k/a
   TIM T. BRADFORD
   TIMOTHY T. BRADFORD
        Debtor
   SSN(1) XXX-XX-8853

ORDER OF DISMISSAL OF DEBT ADJUSTMENT PLAN

   This matter is before the Court pursuant to the Chapter 13 Trustee's Motion to Dismiss (Doc. 83) for FAILURE to make plan payments.

   IT IS ORDERED that the Chapter 13 petition and plan of the Debtor be dismissed.

   IT IS FURTHER ORDERED that the creditors listed on the schedules of the Debtor be notified of the dismissal and that the Trustee pay out any funds in her possession to the Debtor's estate in care of Debtor's Counsel minus administrative costs.

   Notice was given to all parties per L.B.R. 9013-3 and no response has been filed with the Court.

                         /s/    Margaret A. Burks, Esq.
                                 Margaret A. Burks, Esq.

SO ORDERED.

COPIES TO:

All Creditors and Parties in Interest

###

###